**NELSON MULLINS RILEY & SCARBOROUGH LLP**
Benjamin Sitter, Esq. (SBN 273394)
Megan E. Farrell, Esq. (SBN 308738)
megan.farrell@nelsonmullins.com
One PPG Place Suite 3200
Pittsburgh, Pennsylvania 15222
Telephone:   (412) 730-3244
Facsimile:   (412) 567-9241

*Attorneys for Defendant Santander Consumer USA Inc.,*
*Secure Collateral Management, Inc., and Lightning Recovery Inc.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# CIVIL DIVISION

| | |
|---|---|
| JOE FELIX LOPEZ | Case No. 2:25-cv-8904-CV-BFM |
| Plaintiff, | **ORDER RE STIPULATED PROTECTIVE ORDER** |
| v. | |
| SANTANDER CONSUMER USA INC.; SECURE COLLATERAL MANAGEMENT, INC.; LIGHTNING RECOVERY, INC.; and DOES 1 through 10, inclusive, | |
| Defendants | |

Having considered the papers, and finding that good cause exists, the Parties' Stipulated Protective Order is **granted**.

**IT IS SO ORDERED**.

DATED: <u>FEBRUARY 12,</u> 2026

_____
BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE